**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   CHARLES DUPREE JR. | ) | |
| 2.   CHARLES DUPREE III | ) | |
| 3.   WINFRED DUPREE | ) | CIV-15-118-M |
|            Plaintiffs, | ) | |
| v. | ) | |
| 1.   McJUNKIN RED MAN CORP., d/b/a MRC | ) | |
|            Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 3rd DAY OF MAY, 2016.**

s/Amber Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
Leah M. Roper, OBA No. 32107
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: leah@hammonslaw.com
*Counsel for Plaintiffs*

s/Erik K. Dailey
*(Signed by filing party with permission)*
Erin K. Dailey, OBA #20189
Christopher S. Thrutchley,
GableGotwals
100 West 5th St., Suite 1100
Tulsa, OK 74103-4217
Telephone: (918) 595-4800
Facsimile:  (918) 595-4990
edailey@gablelaw.com
cthrutchley@gablelaw.com

Diana T. Vermeire, OBA #31253
GableGotwals
211 North Robinson Ave., 15th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile:   (405) 235-2875
dvermeire@gablelaw.com
*Counsel for Defendant*